# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **KRISTIN I.**, by and through her mother and next friend, **JENNIE I.**, and **JENNIE I.** individually ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **CIVIL ACTION NO.:** |
| **MONTGOMERY PUBLIC SCHOOLS,** ) ) | **CV 2:06-CV-905-MEF** |
| Defendant. ) | |

## NOTICE OF APPEARANCE

Comes now, Audrey R. Channell, of the law firm Wiggins, Childs, Quinn & Pantazis, L.L.C, The Kress Building, 301 19th St. N., Birmingham, Alabama 35203, and hereby appears as additional counsel for plaintiffs in the above-styled case.

Respectfully submitted,

s/Audrey R. Channell
Deborah A. Mattison
Audrey R. Channell
Counsel for Plaintiffs

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th St. North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

    I do hereby certify that I have on November 29, 2006, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Buddy Scott
Marsha Scott
James R. Seale
Erika P. Tatum

                                                  s/Audrey R. Channell
                                                  OF COUNSEL