IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

K.I., *et al.*,

    Plaintiffs,

-vs-

MONTGOMERY PUBLIC SCHOOLS,

    Defendant.

Case No. 2:06-cv-905-MEF

# REPORT OF RULE 26(F) PARTIES' PLANNING MEETING

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held between counsel for the parties on the 30th day of November, 2006, via telephone, and now submit the following Report of that meeting to the Court for its consideration.

1. The meeting was attended by:

    a. Audrey R. Channell for Plaintiffs;

    b. Erika Perrone Tatum for Defendant Montgomery Public Schools.

2. This action is an appeal relative to an impartial due process hearing conducted under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 *et seq.* (IDEA).

3. Pre-discovery disclosures. The parties will exchange by December 14, 2006, the information required by Fed.R.Civ.P. 26(a)(1).

4. Discovery Plan: The parties proposes to the Court the following discovery plan:

    a. Limited discovery will be needed as this litigation concerns only plaintiffs' appeal and the administrative record has already been extensively developed.

    b. All discovery commenced in time to be completed by:

    Plaintiffs' proposed discovery deadline: May 1, 2007;
    Defendant's proposed discovery deadline: June 30, 2007

    c. Maximum of 25 interrogatories by each party to any other party. Responses due 30 days after service;

    d. Maximum of 25 requests for production by each party to any other party. Responses due 30 days after service;

    e. Maximum of 25 requests for admission by each party to any other party. Responses due 30 days after service;

    f.    Maximum of 5 depositions by Plaintiffs and 5 depositions by Defendant, unless otherwise agreed to by the parties;

    g.    Each deposition, other than that of the parties, limited to a maximum of 7 hours, unless otherwise agreed to by the parties. Parties' depositions limited to a maximum of 7 hours, unless otherwise agreed to by the parties;

    h.    Supplemental reports from retained experts under Rule 26(a)(2) due from the parties by March 15, 2007.

    i.    Supplementations under Rule 26(e) due a reasonable time after discovery.

5. Other matters.

    a.    The parties request a conference with the Court before entry of the Scheduling Order given the unique nature of the instant case;

    b.    The parties should be allowed until April 15, 2007 to join additional parties and to amend the pleadings;

    c.    All potentially dispositive motions shall be filed no later than 45 days after the presentation of any additional evidence to this Court, pursuant to 20 U.S.C. § 1415.

    d.    Settlement cannot be realistically evaluated prior to May 1, 2007;

    e.    The parties request a final pretrial conference in August, 2007;

    f.    Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

Deadline proposed by plaintiffs:

(1) from Plaintiffs: 15 days before the evidentiary hearing; and
(2) from Defendant: 15 days before the evidentiary hearing.

Deadline proposed by defendant:

(1) from Plaintiffs: 30 days before the evidentiary hearing; and
(2) from Defendant: 30 days before the evidentiary hearing.

    g.    Parties should have until no less than 7 (Plaintiffs' proposal); 14 (Defendant's proposal) days prior to the evidentiary hearing to list objections to witnesses and exhibits under Rule 26(a)(3); and

Plaintiffs' counsel is not opposed to ADR. At this point, Defendant is not inclined to attempt ADR. The positions of the parties may change over the coming weeks or months. The parties will inform the Court in a timely manner as to any change in either of their respective positions regarding ADR.

The undersigned attests that Audrey R. Channell has agreed to the foregoing and has authorized me to execute this document and electronically file same on her behalf.

RESPECTFULLY SUBMITTED this the 30th day of November, 2006.

| K.I., *et al.*, Plaintiffs, | MONTGOMERY PUBLIC SCHOOLS, Defendant, |
|---|---|
| By: /S/ Audrey R. Channell | By: /S/ Erika Perrone Tatum |
| Audrey R. Channell (6868-E-45R)<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building<br>301 19th Street, North<br>Birmingham, Alabama 35203<br>(205) 314-0500<br>(205) 254-1500 - fax<br>E-mail: achannell@wcqp.com<br>**Counsel for Plaintiffs** | James R. Seale (3617-E-68J)<br>Erika Perrone Tatum (1983-M-66E)<br>HILL, HILL, CARTER,<br>   FRANCO, COLE & BLACK, P.C.<br>Post Office Box 116<br>Montgomery, Alabama 36101-0116<br>(334) 834-7600<br>(334) 263-5969 - fax<br>E-mail: jrs@hillhillcarter.com<br>E-mail: etatum@hillhillcarter.com<br>**Counsel for Defendant**<br>wwm/6630.0174/g:Report of Rule 26(f) Planning Meeting2.wpd |