IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K. I. et al.,            ) | |
|       ) | |
|     Plaintiffs,   ) | |
|       ) | CASE NO.: 2:06-CV-905-MEF |
| -vs-            ) | |
|       ) | |
| MONTGOMERY PUBLIC SCHOOLS,   ) | |
|       ) | |
|     Defendant    ) | |

## MOTION TO WITHDRAW

COMES NOW undersigned counsel and moves this Honorable Court to withdraw her from the above styled case and as grounds states the following:

1. Counsel has taken other employment and is no longer in the private practice of law.

2. Plaintiffs are well represented by other counsel to wit the Honorable Deborah Mattison of Wiggins, Childs, Quinn and Pantazis, the Honorable Audrey R. Channell of Wiggins, Childs, Quinn and Pantazis, and the Honorable Curtis L. Scott of Scott Attorneys.

WHEREFORE premises considered, undersigned counsel respectfully requests that her Motion to Withdraw be granted.

Respectfully submitted this the 7th day of December, 2006.

/s/ Marsha Scott
Marsha Scott
Scott Attorneys, LLC
322 Alabama Street Suite B
Montgomery, Alabama 36104
334-262-0728
334-265-7696 Fax

## CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the foregoing motion to the counsel listed below via U.S. Mail, postage prepaid and properly addressed, on this the 7th day of December 2006.

Deborah Mattison
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203
205-314-0500-205-254-1500

Audrey R. Channell
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street, North
Birmingham, Alabama 35203
205-314-0500-205-254-1500

Erika Perrone Tatum
Hill, Hill, Carter, Franco, Cole & Black, P. C.
Post Office Box 116
Montgomery, Alabama 36101-0116
334-834-7600
334-263-5969

James R. Seale
Hill, Hill, Carter, Franco, Cole & Black, P. C.
Post Office Box 116
Montgomery, Alabama 36101-0116
334-834-7600
334-263-5969

                 /S/ Marsha Scott
                 MARSHA SCOTT