IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.,* ) ) ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 2:06-cv-905-MEF |
| ) | |
| MONTGOMERY PUBLIC SCHOOLS, ) ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Marsha Scott's Motion to Withdraw (Doc. #7) filed on December 6, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of December, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE