IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.*, ) ) ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 2:06-cv-905-MEF |
| ) | |
| MONTGOMERY PUBLIC SCHOOLS, ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the plaintiff's Motion for Modification of Court's January 18, 2007 Scheduling Order (Doc. #13) filed on February 1, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before February 28, 2007 as to why the motion should not be granted.

DONE this the 16th day of February, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE