**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **K. I.**, by and through ) | |
| her mother and next friend, ) | |
| **JENNIE I.**, and **JENNIE I.** individually ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **CIVIL ACTION NO.:** |
| **MONTGOMERY PUBLIC SCHOOLS**, ) | **CV 2:06-CV-905-MEF** |
| ) | |
| Defendant. ) | |

**MOTION FOR OPPORTUNITY TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR MODIFICATION OF COURT'S JANUARY 18, 2007 SCHEDULING ORDER**

Come now, plaintiffs, by and through counsel, and hereby moves this Honorable Court to accept the attached Reply, which plaintiffs seek to file in response to defendant's response (Doc. No. 16) to plaintiff's Motion for Modification of this Court's January 18, 2007 Scheduling Order. (Doc. No. 13). Plaintiffs' Motion was filed on February 2, 2007, with this Court Ordering that "defendant show cause in writing on or before February 28, 2007 as to why the motion should not be granted." (Doc. No. 15). This Court did not issue an Order regarding any reply to defendant's response. Consequently, out of an overabundance of caution, plaintiffs request that this Honorable Court accept for filing plaintiffs' Reply to Defendant's response to Plaintiffs' Motion for Modification (Exh. A).

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant their Motion and receive their Reply to Defendant's response to Plaintiffs' Motion for Modification of this Court's January 18, 2007 Scheduling Order.

                    Respectfully submitted,

                    s/Deborah A. Mattison
                    Deborah A. Mattison
                    Audrey R. Channell
                    Counsel for Plaintiffs

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th St. North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on March 5, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Buddy Scott
    James R. Seale
    Erika P. Tatum

                    s/Deborah A. Mattison
                    OF COUNSEL



Case 2:06-cv-00905-MEF-WC    Document 17-2    Filed 03/05/2007    Page 1 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K. I., by and through her mother and next friend, JENNIE I., and JENNIE I. individually<br><br>Plaintiffs,<br><br>v.<br><br>MONTGOMERY PUBLIC SCHOOLS,<br><br>Defendant. | CIVIL ACTION NO.:<br>CV 2:06-CV-905-MEF |

### PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR MODIFICATION OF COURT'S JANUARY 18, 2007 SCHEDULING ORDER

Come now, plaintiffs, by and through counsel, and hereby replies to defendant's response to plaintiff's Motion for Modification of this Court's January 18, 2007 Scheduling Order.

1. In this Court's January 18, 2007 Scheduling Order, this Court set May 18, 2007 as the deadline for any dispositive motions, as well as for plaintiffs' expert report. This Court also scheduled any evidentiary hearing to be held on September 16, 2007. It was plaintiffs' understanding that subsequent to the submission of their expert report, which plaintiffs anticipate would detail the parameters of any additional

evidence, the Court would make a determination as to the submission of additional evidence. *See* 20 U.S.C. 1415(i)(2).

2. As explained in plaintiffs' Motion To Modify, the current Scheduling Order would require the parties to file their dispositive motions prior to this Court's ruling on whether it would hear any supplemental evidence. At this juncture, Plaintiffs believe that supplemental evidence is critical for a proper disposition of K.I.'s educational program, given that K.I. is a child with a disability who has needs which change over time. Further, the administrative hearing in this matter was held approximately eighteen months ago.

3. The purpose of plaintiffs' Motion to Modify was an attempt to simplify the proceedings. Plaintiffs propose that the parties first exchange expert reports and then receive a ruling from this Court as to whether it will hear additional evidence. This Court's ruling, ostensibly, will be in response to either party's motion seeking the admission of supplemental evidence. Should this Court agree to hear the supplemental evidence, an evidentiary hearing would then be held. Following the hearing, the dispositive motions relative to the issues on appeal. There is no "trial" in this case, other than an evidentiary hearing. The Court's ultimate determination as to the appeal will be based on the administrative record and any supplemental evidence, if this Court hears such.

2

4.  Defendant's response to plaintiffs' Motion did not dispute the issues underlying plaintiffs' request for modification, with the exception of the need for additional evidence. Further, the parties' joint Amended Rule 26 Report proposed a schedule which is consistent with what plaintiffs seek in their Motion To Modify.[1] *See, for example Amended Report, Paragraph 5(c).*

5.  Since, defendant's response does not dispute the basis for plaintiff's Motion To Modify, plaintiffs ask that their Motion for Modification of this Court's January 18, 2007 Scheduling Order be granted.

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant their Motion for Modification of this Court's January 18, 2007 Scheduling Order consistent with the timelines set therein.

Respectfully submitted,

s/Deborah A. Mattison
Deborah A. Mattison
Audrey R. Channell
Counsel for Plaintiffs

---

[1] Plaintiffs' Motion To Modify simply sought a modification of the Scheduling Order. It did not seek a ruling from this Court as to whether additional evidence will ultimately be admitted in that such issue is not yet ripe for the this Court's determination, given that the parties have not yet submitted their expert reports.

OF COUNSEL:
WIGGINS, CHILDS, QUINN & PANTAZIS, LLC
The Kress Building
301 19th St. North
Birmingham, Alabama 35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that I have on March 5, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Buddy Scott
James R. Seale
Erika P. Tatum

s/Deborah A. Mattison
OF COUNSEL