IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.,* ) ) ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 2:06-cv-905-MEF |
| ) | |
| MONTGOMERY PUBLIC SCHOOLS, ) ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED:

1. That plaintiffs' Motion for Opportunity to Reply to Defendant's Response to Plaintiffs' Motion for Modification of Court's January 18, 2007 Scheduling Order (Doc. #17) filed on March 5, 2007 is GRANTED.

2. That defendant show cause in writing on or before March 30, 2007 as to why the plaintiffs' Motion to Amend Complaint (Doc. #18) filed on March 20, 2007 should not be granted.

DONE this the 21st day of March, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE