# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **K. I.**, by and through<br>her mother and next friend,<br>**JENNIE I.**, and **JENNIE I.** individually<br><br>    Plaintiffs,<br><br>v.<br><br>**MONTGOMERY PUBLIC SCHOOLS,**<br><br>    Defendant. | **CIVIL ACTION NO.:**<br>**CV 2:06-CV-905-MEF** |

## PLAINTIFFS' REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR MODIFICATION OF COURT'S JANUARY 18, 2007 SCHEDULING ORDER

Come now, plaintiffs, by and through counsel, and hereby replies to defendant's response to plaintiff's Motion for Modification of this Court's January 18, 2007 Scheduling Order.

1.  In this Court's January 18, 2007 Scheduling Order, this Court set May 18, 2007 as the deadline for any dispositive motions, as well as for plaintiffs' expert report. This Court also scheduled any evidentiary hearing to be held on September 16, 2007. It was plaintiffs' understanding that subsequent to the submission of their expert report, which plaintiffs anticipate would detail the parameters of any additional

evidence, the Court would make a determination as to the submission of additional evidence. *See* 20 U.S.C. 1415(i)(2).

2. As explained in plaintiffs' Motion To Modify, the current Scheduling Order would require the parties to file their dispositive motions prior to this Court's ruling on whether it would hear any supplemental evidence. At this juncture, Plaintiffs believe that supplemental evidence is critical for a proper disposition of K.I.'s educational program, given that K.I. is a child with a disability who has needs which change over time. Further, the administrative hearing in this matter was held approximately eighteen months ago.

3. The purpose of plaintiffs' Motion to Modify was an attempt to simplify the proceedings. Plaintiffs propose that the parties first exchange expert reports and then receive a ruling from this Court as to whether it will hear additional evidence. This Court's ruling, ostensibly, will be in response to either party's motion seeking the admission of supplemental evidence. Should this Court agree to hear the supplemental evidence, an evidentiary hearing would then be held. Following the hearing, the dispositive motions relative to the issues on appeal. There is no "trial" in this case, other than an evidentiary hearing. The Court's ultimate determination as to the appeal will be based on the administrative record and any supplemental evidence, if this Court hears such.

4. Defendant's response to plaintiffs' Motion did not dispute the issues underlying plaintiffs' request for modification, with the exception of the need for additional evidence. Further, the parties' joint Amended Rule 26 Report proposed a schedule which is consistent with what plaintiffs seek in their Motion To Modify.[1] *See, for example Amended Report, Paragraph 5(c).*

5. Since, defendant's response does not dispute the basis for plaintiff's Motion To Modify, plaintiffs ask that their Motion for Modification of this Court's January 18, 2007 Scheduling Order be granted.

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant their Motion for Modification of this Court's January 18, 2007 Scheduling Order consistent with the timelines set therein.

Respectfully submitted,

s/Deborah A. Mattison
Deborah A. Mattison
Audrey R. Channell
Counsel for Plaintiffs

---

[1] Plaintiffs' Motion To Modify simply sought a modification of the Scheduling Order. It did not seek a ruling from this Court as to whether additional evidence will ultimately be admitted in that such issue is not yet ripe for the this Court's determination, given that the parties have not yet submitted their expert reports.

3

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th St. North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

 I do hereby certify that I have on March 22, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Buddy Scott
 James R. Seale
 Erika P. Tatum

           s/Deborah A. Mattison
           OF COUNSEL