IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.*, | ) ) ) | |
| Plaintiffs | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-905-MEF |
| MONTGOMERY PUBLIC SCHOOLS, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of plaintiffs' Motion to File Reply to Defendant's Response to Plaintiffs' Motion to Amend Complaint (Doc. #23) filed on April 2, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 4th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE