IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

K.I., *et al.*,

    Plaintiffs,

-vs-    Case No. 2:06-cv-905-MEF

MONTGOMERY PUBLIC SCHOOLS,

    Defendant.

## MOTION TO SEAL ON BEHALF OF MONTGOMERY PUBLIC SCHOOLS

COMES NOW the Defendant, Montgomery Public Schools (hereinafter referred to as "MPS"), by and through its counsel of record, and moves this Honorable Court to seal the *Administrative Record* filed by MPS on April 6, 2006. As grounds for this motion, MPS shows as follows:

1. The Administrative Record contains 11 days of testimony from the special education due process hearing involving Plaintiff K.I., a minor child, including 2388 pages of transcript and 96 exhibits of the hearing officer and parties.

2. The transcript and exhibits from the due process hearing contain extensive references to the minor Plaintiff K.I.'s name, Plaintiff K.I. parents' names, and personal identifiable information and sensitive medical information involving said minor child.

3. Redaction of the entire Administrative Record to remove said references would be impractical and extremely burdensome upon MPS.

WHEREFORE, These Premises Considered, the MPS respectfully requests this Honorable Court to seal the administrative record filed on April 6, 2007.

RESPECTFULLY SUBMITTED this the 9th day of April, 2007.

        MONTGOMERY PUBLIC SCHOOLS,
Defendant,

By: /S/ Erika P. Tatum
James R. Seale (3617-E-68J)
Erika Perrone Tatum (1983-M-66E)
HILL, HILL, CARTER,
   FRANCO, COLE & BLACK, P.C.
Post Office Box 116
Montgomery, Alabama 36101-0116
334.834.7600
334.263.5969 fax
E-mail: jrs@hillhillcarter.com
E-mail: etatum@hillhillcarter.com
Counsel for Defendant
wwm/6630.0174/f:Motion to Seal.wpd

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Motion to Seal on Behalf of Defendant Montgomery Public Schools To Plaintiffs' Motion for Modification* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Deborah A. Mattison, Esquire (dam@wcqp.com), Audrey R. Channell, Esquire (achannell@wcqp.com), and C.L. (Buddy) Scott, Esquire (buddy.scott@ scottattorneys.com); this the 9th day of April, 2007.

        /S/ Erika P. Tatum