IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, JENNIE I., and JENNIE I. individually<br><br>Plaintiffs,<br><br>v.<br><br>MONTGOMERY PUBLIC SCHOOLS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO.:<br>) CV 2:06-CV-905-MEF<br>)<br>)<br>)<br>) |

## REPORT ON MEDIATION

Comes now, the undersigned Mediator agreed to by the parties and submits the following report to the Federal District Court.

A lengthy mediation was conducted on April 27, 2007. The father of the child and his counsel was present as were the attorney for the school system and her special education coordinator. The superintendent of the school system was available by telephone. After a significant amount of discussion the parties were not able to settle the underlying case.

The parties did reach agreement that an additional observation/evaluation by an occupational therapist and a speech language therapist would be conducted in the child's classroom with the child in attendance provided the observation/evaluation was conducted between the dates of May 14, 2007 and May 23, 2007 when the special education teacher who regularly instructs the Petitioner was present.

Submitted this the 27th day of April, 2007.

_____
Wesley Romine
Mediator

OF COUNSEL:

Morrow, Romine & Pearson, P.C.
P.O. Box 4804
122 South Hull Street
Montgomery, AL 36103-4804
Telephone:   (334) 262-7707
Facsimile:    (334) 262-7742

## CERTIFICATE OF SERVICE

I do hereby certify that I have on April 27, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Deborah A. Mattison
Erika P. Tatum

_____
Of Counsel