# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **K. I., by and through** ) | |
| **her mother and next friend,** ) | |
| **JENNIE I., and JENNIE I. individually** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO.:** |
| **MONTGOMERY PUBLIC SCHOOLS,** ) | **CV 2:06-CV-905-MEF** |
| ) | |
| **Defendant.** ) | |

## PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF DEADLINE TO SUBMIT THEIR EXPERT REPORTS

**NOW COME**, plaintiffs, and hereby move this Honorable Court for an Order extending the due date for the submission of plaintiffs' expert report from April 18, 2007, until June 8, 2007. In support of this Motion, plaintiffs state as follows:

1. In its April 6, 2007 Order (Doc. # 27), this Court set May 11, 2007, as the date for plaintiffs to file any motion seeking to add supplemental evidence, pursuant to 20 U.S.C. 1415. This Court also set May 18, 2007 as the due date for plaintiffs to file any expert report.

2. While the District does not concede the admissibility of plaintiffs' request to supplement the administrative record, the parties agree that, in the event this Court allows such evidence, plaintiffs' experts should have the opportunity to

view K.I. in her current classroom prior to completing an expert report.

3. However, K.I.'s current teacher is scheduled to be on a leave of absence until May 14, 2007. The 2006-2007 school year ends on May 23, 2007. Thus, defendant has asked that any observation of K.I. occur after the return of K.I.'s teacher. Accordingly, the parties have agreed that the plaintiffs' experts will evaluate K.I. during the time period between May 14, 2007 through May 23, 2007.

4. Since plaintiffs' experts' will not be able to observe K.I. until May 14-23, 2007, it will be virtually impossible for plaintiffs to submit such expert reports by the current deadline of May 18, 2007. Thus, plaintiffs seek an Order extending the time for submission of their expert reports until June 8, 2007.

5. The time for defendant's expert report would also be extended until July 9, 2007.

6. This extension will not affect any other timeline set by this Court and will impose no prejudice on either party.

7. Defendant does not oppose the granting of this Motion.

**WHEREFORE**, plaintiffs respectfully request that this Honorable Court grant this Motion and extend the deadline within which plaintiffs must submit their expert reports until June 8, 2007.

Respectfully submitted,

/s/Deborah A. Mattison<br>
Deborah A. Mattison<br>
Audrey R. Channell<br>
Counsel for Plaintiffs

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th St. North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

I do hereby certify that I have on April 30, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Buddy Scott
James R. Seale
Erika P. Tatum

/s/Deborah A. Mattison<br>
OF COUNSEL