IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.,* ) ) ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 2:06-cv-905-MEF |
| ) | |
| MONTGOMERY PUBLIC SCHOOLS, ) ) | |
| Defendant. ) | |

## **O R D E R**

This cause is before the Court on Plaintiff's Unopposed Motion for Extension of Deadline to Submit Their Expert Reports (Doc. # 37) filed on April 30, 2007. Because this motion seeks only extensions of two deadlines which this Court continued generally by a prior Order (*see* Doc. # 27 at ¶ 5), the motion is DENIED.

It is further ORDERED that this case is set for a telephone conference on May 9, 2007 at 2:00 P.M. by conference call arranged by counsel for the plaintiffs.

DONE this the 1st day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE