IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

K.I., *et al.*,

      Plaintiffs,

-*vs*-                                   Case No. 2:06-cv-905-MEF

MONTGOMERY PUBLIC SCHOOLS,

      Defendant.

## NOTICE OF MEDIATION AND SETTLEMENT CONFERENCE

COME NOW Deborah A. Mattison for the Plaintiff and Erika Perrone Tatum for Defendant Montgomery County Board of Education, and pursuant to the Court's *Uniform Scheduling Order* state as follows:

1.    Mediation was conducted between the parties in the offices of Hill, Hill, Carter, Franco, Cole & Black, P.C. on April 27, 2007.

2.    The parties did not resolve the issues at the mediation and there is no possibility of settlement at this time.

The undersigned attests that Deborah A. Mattison has agreed to the foregoing and has authorized me to execute this document and electronically file same on her behalf.

RESPECTFULLY SUBMITTED this the 7th day of May, 2007.

K.I., *et al.*, Plaintiffs,

By: /S/ Deborah A.. Mattison
   Deborah A. Mattison (3959-N59D)
   WIGGINS, CHILDS, QUINN
     & PANTAZIS, LLC
   The Kress Building
   301 19th Street, North
   Birmingham, Alabama 35203
   (205) 314-0500
   (205) 254-1500 - fax
   E-mail: achannell@wcqp.com
   Counsel for Plaintiffs

MONTGOMERY PUBLIC SCHOOLS,
Defendant,

By: /S/ Erika Perrone Tatum
   James R. Seale (3617-E-68J)
   Erika Perrone Tatum (1983-M-66E)
   HILL, HILL, CARTER,
     FRANCO, COLE & BLACK, P.C.
   Post Office Box 116
   Montgomery, Alabama 36101-0116
   (334) 834-7600
   (334) 263-5969 - fax
   E-mail: jrs@hillhillcarter.com
   E-mail: etatum@hillhillcarter.com
   Counsel for Defendant

wwm/6630.0174/g:Joint Settlement Conference Statement.wpd