# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| K. I., by and through her mother and next friend, JENNIE I., and JENNIE I. individually ) ) ) ) Plaintiffs, ) ) v. ) ) MONTGOMERY PUBLIC SCHOOLS, ) ) Defendant. ) | CIVIL ACTION NO.: CV 2:06-CV-905-MEF |

## MOTION TO WITHDRAW

**NOW COMES,** the undersigned and respectfully moves this Honorable Court to allow Audrey R. Channell to withdraw as counsel for plaintiffs. In support of this Motion, plaintiffs state as follows:

1.  Effective May 9, 2007, Attorney Audrey R. Channell will no longer be with the law firm of Wiggins, Childs, Quinn & Pantazis, LLC.

2.  Attorney Deborah A. Mattison and the firm of Wiggins, Childs, Quinn & Pantazis, LLC will continue to represent the plaintiffs in this action.

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs respectfully request that this Honorable Court allow Audrey R. Channell to withdraw from the instant action.

                Respectfully submitted,

                <u>/s/ Audrey R. Channell</u>
                Deborah A. Mattison
                Audrey R. Channell
                Counsel for Plaintiffs

**<u>OF COUNSEL</u>:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th St. North
Birmingham, Alabama  35203
(205) 314-0500

## **<u>CERTIFICATE OF SERVICE</u>**

     I do hereby certify that I have on May 7, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Buddy Scott
    James R. Seale
    Erika P. Tatum

                <u>/s/ Audrey R. Channell</u>
                OF COUNSEL