IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.,* | ) ) ) | |
| Plaintiffs | ) | |
| v. | ) | CASE NO. 2:06-cv-905-MEF |
| | ) | |
| MONTGOMERY PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

# **O R D E R**

Upon consideration of Motion to Withdraw filed by Audrey R. Channell (Doc. #40)

filed on May 7, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of May, 2007.


                                    /s/ Mark E. Fuller
                          CHIEF UNITED STATES DISTRICT JUDGE