## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **K. I., by and through** ) | |
| **her mother and next friend,** ) | |
| **JENNIE I., and JENNIE I. individually** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO.:** |
| **MONTGOMERY PUBLIC SCHOOLS,** ) | **CV 2:06-CV-905-MEF** |
| ) | |
| **Defendant.** ) | |

### MOTION TO CONTINUE MAY 11, 2007 DEADLINE TO PROFFER ADDITIONAL EVIDENCE

**NOW COME,** plaintiffs, by and through counsel, and respectfully move this Honorable Court to extend the deadline for any party seeking the submission of additional evidence, currently due on May 11, 2007, to June 13, 2007. In support of this Motion, plaintiffs state as follows:

1. Currently this Court has set May 11, 2007 as the date by which any party seeking to submit addition evidence must file a written proffer of the evidence the party seeks to add to the administrative record.

2. Plaintiffs seek to submit, *inter alia*, the evidence of Dr. Laura Vogtle and Rochelle West concerning events which have transpired since the administrative hearing, including, K.I.'s current status and progress. However, the witnesses will

not be able to observe K.I.'s current classroom in order to evaluate K.I. until May 14 - 23, 2007. Thus, plaintiffs will not have the benefit of experts' reports until after May 23, 2007.

3. Consequently, plaintiffs propose that this Court's May 11, 2007 deadline be extended until June 13, in order to allow plaintiffs' experts an opportunity to present their proffer of evidence.

4. Defendants will not be prejudiced by the granting of this Motion.

**WHEREFORE, PREMISES CONSIDERED**, plaintiffs respectfully request that this Honorable Court extend the deadline to submit additional evidence until June 13, 2007.

Respectfully submitted,

/s/ Deborah A. Mattison
Deborah A. Mattison
Counsel for Plaintiffs

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th St. North
Birmingham, Alabama 35203
(205) 314-0500

2

## **CERTIFICATE OF SERVICE**

    I do hereby certify that I have on May 9, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Buddy Scott
James R. Seale
Erika P. Tatum

                                          /s/ Deborah A. Mattison
                                          OF COUNSEL