IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.*, ) ) ) | |
| Plaintiffs ) | |
| v. ) | CASE NO. 2:06-cv-905-MEF |
| ) | |
| MONTGOMERY PUBLIC SCHOOLS, ) ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion for Extension of Deadline to Proffer Additional Evidence (Doc. #42) filed on May 9, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before 5:00 P.M. on May 10, 2007 as to why the motion should not be granted.

DONE this the 10th day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE