IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., *et al.*, | : |
|     Plaintiffs, | : |
| *-vs-* | :     Case No. 2:06-cv-905-MEF |
| MONTGOMERY PUBLIC SCHOOLS, | : |
|     Defendant. | : |

## RESPONSE TO COURT'S SHOW CAUSE ORDER DATED MAY 10, 2007

COMES NOW the Defendant, Montgomery Public Schools (hereinafter referred to as "MPS"), by and through its counsel of record, and moves the Court to DENY Plaintiffs' Motion for Extension of Deadline to Proffer Additional Evidence. As grounds therefore, MPS states as follows:

    1.    A meeting to revise K.I.'s Individualized Education Program ("IEP") was held on December 8, 2006. K.I.'s mother attended said IEP meeting and agreed to return K.I. to the Children's Center, one of the schools of MPS. K.I. returned to the Children's Center on February 14, 2007.

    2.    During the Court's January 4, 2007 scheduling conference, counsel for Plaintiffs requested that Plaintiffs' experts observe K.I. at the Children's Center.

    3.    On January 18, 2007, the Court entered a Scheduling Order setting the Plaintiffs' expert report deadline for May 18, 2007.

    4.    On April 20, 2007, Plaintiffs' counsel sent a facsimile to Defendants' counsel stating that she "expect[s] to introduce supplemental evidence from Dr. Laura Vogtle and Rochelle West" and "would like Dr. Vogtle and Ms. West to visit and observe [K.I.] in her classroom on May 4 or 8, 2007."

    5.    Dr. Vogtle's and Ms. West's visit and observation of K.I.'s classroom has been scheduled for May 18, 2007.

6. Plaintiffs have been well aware of the Court's deadlines and could have scheduled their experts to visit and observe K.I.'s classroom at the Children's Center at any time when school was in session in March and April, but made no such attempt.

7. MPS is prepared to move forward with this case as it is seeking some finality near the beginning of the 2007-2008 school year.

WHEREFORE, These Premises Considered, the Montgomery Public Schools respectfully requests this Honorable Court DENY Plaintiffs' Motion for Extension of Deadline to Proffer Additional Evidence.

RESPECTFULLY SUBMITTED this the 11th day of May, 2007.

> MONTGOMERY PUBLIC SCHOOLS,
> Defendant,
>
> By: /S/  Erika P. Tatum
> James R. Seale (3617-E-68J)
> Erika Perrone Tatum (1983-M-66E)
> HILL, HILL, CARTER,
>   FRANCO, COLE & BLACK, P.C.
> Post Office Box 116
> Montgomery, Alabama 36101-0116
> 334.834.7600
> 334.263.5969 fax
> E-mail: jrs@hillhillcarter.com
> E-mail: etatum@hillhillcarter.com
> Counsel for Defendant
> wwm/6630.0174/f:Response-Show Cause Order.wpd

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Response to Court's Show Cause Order Dated May 10, 2007* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Deborah A. Mattison, Esquire (dam@wcqp.com) and C.L. (Buddy) Scott, Esquire (buddy.scott@scottattorneys.com); this the 11th day of May, 2007.

/S/  Erika P. Tatum