# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| K. I., by and through ) <br> her mother and next friend, ) <br> JENNIE I., and JENNIE I. individually ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MONTGOMERY PUBLIC SCHOOLS, ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO.: <br> CV 2:06-CV-905-MEF |

## MOTION TO SUPPLEMENT THE RECORD

Come now, plaintiffs, by and through counsel, and hereby moves this Honorable Court to grant Plaintiff's Motion to Supplement the Record as follows.

1. Plaintiffs seek to introduce the live testimony of Dr. Laura Vogtle, Ms. Donna Locke and Ms. Rochelle West, and, if allowed, any expert report from Vogtle, Locke or West.

2. In support of this Motion, Plaintiffs request that this Honorable Court consider the Memorandum in Support of this Motion, which explains why the admission of such evidence is consistent with the Eleventh Circuit's opinions in *Walker County Sch. Dist. v. Bennett*, 203 F.3d 1293 (11th Cir. 2000) and *School Bd. of Collier County, Fl. v. K.C.*, 205 F.3d 977 (11th Cir. 2002).

WHEREFORE, plaintiffs respectfully request that this Honorable Court grant

their Motion and allow supplementation of the record.

                                             Respectfully submitted,

                                             s/Deborah A. Mattison
                                             Deborah A. Mattison
                                             Attorney for Plaintiff

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on June 13, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Buddy Scott
    James R. Seale
    Erika P. Tatum

                                             s/Deborah A. Mattison
                                             OF COUNSEL