IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

K.I., *et al.*,

    Plaintiffs,

-vs-

MONTGOMERY PUBLIC SCHOOLS,

    Defendant.

Case No. 2:06-cv-905-MEF

# MONTGOMERY PUBLIC SCHOOLS' CORPORATE DISCLOSURE STATEMENT

COMES NOW the Defendant, Montgomery Public Schools, and in accordance with the order of this court does hereby make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Fed.R.Civ.P., 7.1 and this Court's General Order Miscellaneous Case No. 00-3047:

**This party is a governmental entity**.

RESPECTFULLY SUBMITTED this the 10th day of July, 2007.

        MONTGOMERY PUBLIC SCHOOLS,
        Defendant,

        By: /S/  James R. Seale
        James R. Seale (3617-E-68J)
        Erika Perrone Tatum (1983-M-66E)
        HILL, HILL, CARTER,
          FRANCO, COLE & BLACK, P.C.
        Post Office Box 116
        Montgomery, Alabama 36101-0116
        334.834.7600
        334.263.5969 fax
        E-mail: jrs@hillhillcarter.com
        E-mail: etatum@hillhillcarter.com
        Counsel for Defendant
        wwm/6630.0174/f:Corporate Disclosure Statement.wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Montgomery Public Schools' Corporate Disclosure Statement* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Deborah A. Mattison, Esquire (dam@wcqp.com) and C.L. (Buddy) Scott, Esquire (buddy.scott@scottattorneys.com); this the 10th day of July, 2007.

        /S/  James R. Seale