# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **K. I., by and through** ) | |
| **her mother and next friend,** ) | |
| **JENNIE I., and JENNIE I. individually** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | **CIVIL ACTION NO.:** |
| **MONTGOMERY PUBLIC SCHOOLS,** ) | **CV 2:06-CV-905-MEF** |
| ) | |
| **Defendant.** ) | |

## CONFLICT DISCLOSURE STATEMENT

Come now, plaintiffs, in the above-captioned matter and, in accordance with the Order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entitles reportable under the provisions of the Middle District of Alabama's General Order No.:

1. Plaintiffs are individuals.

                                              Respectfully submitted,

                                              s/Deborah A. Mattison
                                              Deborah A. Mattison
                                              Attorney for Plaintiff

**OF COUNSEL:**
**WIGGINS, CHILDS, QUINN & PANTAZIS, LLC**
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
(205) 314-0500

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on July 16, 2007, filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Buddy Scott
James R. Seale
Erika P. Tatum

                                                s/Deborah A. Mattison
                                                OF COUNSEL