IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.*, | ) ) ) | |
| Plaintiffs | ) | |
| v. | ) ) | CASE NO. 2:06-cv-905-MEF |
| MONTGOMERY PUBLIC SCHOOLS, | ) ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of plaintiff's Motion for Leave to File (Doc. #52) filed on July 27, 2007, it is hereby

ORDERED that the defendant show cause in writing on or before August 8, 2007 as to why the motion should not be granted.

DONE this the 31st day of July, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE