IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

K.I., *et al.*,

    Plaintiffs,

-vs-                                    Case No. 2:06-cv-905-MEF

MONTGOMERY PUBLIC SCHOOLS,

    Defendant.

## RESPONSE TO COURT'S SHOW CAUSE ORDER DATED JULY 31, 2007

COMES NOW the Defendant, Montgomery Public Schools (hereinafter referred to as "MPS"), by and through its counsel of record, and moves the Court to DENY Plaintiffs' Motion to File Reply to Defendant's Response to Plaintiffs' Motion for Leave to Submit Additional Evidence. As grounds therefore MPS states as follows:

    1.    By Order dated April 6, 2007, this Honorable Court ordered that any party seeking to submit additional evidence not contained in the administrative record to file a written proffer by May 11, 2007.

    2.    On May 9, 2007, Plaintiffs filed a Motion to Continue the May 11, 2007 Deadline to Proffer Additional Evidence. This motion was opposed by MPS.

    3.    By Order dated May 11, 2007, this Honorable Court granted Plaintiffs' Motion to Continue the May 11, 2007 Deadline to Proffer Additional Evidence, allowing Plaintiffs until June 13, 2007 to submit a written proffer of the specific evidence to add to the administrative record. Any opposition to said proffer was to be filed by July 9, 2007.

    4.    Plaintiffs filed a Motion to Supplement the Record and Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to Submit Additional Evidence on June 13, 2007. Said Memorandum was 30 pages.

    5.    MPS filed a response to Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Leave to Submit Additional Evidence on July 9, 2007.

6. On July 16, 2007, Plaintiffs filed a Motion to File Reply to Defendant's Response to Plaintiffs' Motion for Leave to Submit Additional Evidence and a 6-page reply attached as Exhibit "A."

7. Plaintiffs have had ample opportunity to present arguments seeking to offer additional evidence to supplement the extensive administrative record. In addition to their 30-page Memorandum, Plaintiffs' arguments for supplementing the administrative record have been discussed during the scheduling conference on January 4, 2007, the April 4, 2007 hearing and the May 9, 2007 conference call with this Honorable Court.

8. Numerous pleadings have been filed in this case and the undersigned wishes to avoid engaging in a volley of objections and responsive filings, particularly without consent of the Court. More importantly, the 2007-2008 school year begins on August 13, 2007. MPS is seeking a finality of this case as soon as possible, which will serve the best interests of both the child and MPS.

WHEREFORE, These Premises Considered, Montgomery Public Schools respectfully requests this Honorable Court to DENY Plaintiffs' Motion to File Reply to Defendant's Response to Plaintiffs' Motion for Leave to Submit Additional Evidence.

RESPECTFULLY SUBMITTED this the 8th day of August, 2007.

> MONTGOMERY PUBLIC SCHOOLS,
> Defendant,
>
> By: /S/ Erika P. Tatum
> James R. Seale (3617-E-68J)
> Erika Perrone Tatum (1983-M-66E)
> HILL, HILL, CARTER,
>   FRANCO, COLE & BLACK, P.C.
> Post Office Box 116
> Montgomery, Alabama 36101-0116
> 334.834.7600
> 334.263.5969 fax
> E-mail: jrs@hillhillcarter.com
> E-mail: etatum@hillhillcarter.com
> Counsel for Defendant
> wwm/6630.0174/f:Response-Show Cause Order-073107.wpd

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this date electronically filed the foregoing *Response to Court's Show Cause Order Dated July 31, 2007* with the Clerk of the Court for the United States District Court, for the Middle District of Alabama, using the CM/ECF system which will send notification of such filing to: Deborah A. Mattison, Esquire (dam@wcqp.com) and C.L. (Buddy) Scott, Esquire (buddy.scott@scottattorneys.com); this the 8th day of August, 2007.

　　　　　　　　　　　　　　　　　　　　　/S/  Erika P. Tatum