IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., *et al.*, | ) |
| | ) |
|     PLAINTIFFS, | ) |
| | ) |
| v. | )   CASE NO. 2:06-cv-905-MEF |
| | ) |
| MONTGOMERY PUBLIC SCHOOLS, | ) |
| | ) |
|     DEFENDANT. | ) |

## **ORDER**

Upon consideration of the Plaintiff's Motion to Amend Complaint (Doc. # 18), filed March 20, 2007, it is hereby ORDERED

Plaintiff shall file a reply to Defendant's Response to Plaintiff's Motion to Amend Complaint (Doc. # 22) on or before **September 5, 2008.**

DONE this the 27th day of August, 2008.

                                                /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE