IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| K.I., by and through her mother and next friend, JENNIE I., and JENNIE I., individually, | ) ) ) ) |
| PLAINTIFFS, | ) ) |
| v. | ) CASE NO. 2:06-cv-905-MEF ) |
| MONTGOMERY PUBLIC SCHOOLS, | ) WO - Do Not Publish ) |
| DEFENDANT. | ) |

## **ORDER**

It is hereby ORDERED that the Motion to Strike or, in the Alternative, Motion for Extension of Time in which to Respond to Plaintiffs' Deposition Designations (Doc. # 103) filed on September 13, 2010, is DENIED as MOOT. When and if this case is set for trial, the Court will provide new deadlines regarding any portion of deposition designations which have not been completed.

DONE this the 28th day of March, 2011.

                                        /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE