IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| K.I., by and through her mother and next friend, JENNIE I., and JENNIE I., individually, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CASE NO. 2:06-cv-905-MEF |
| MONTGOMERY PUBLIC SCHOOLS, | ) ) | WO - Do Not Publish |
| Defendant. | ) | |

## ORDER

Consistent with the memorandum opinion issued in this case, it is hereby ORDERED that the parties submit briefing regarding any requests for attorneys' fees by September 7, 2011. Such briefing shall contain citations to authority that support the request for attorneys' fees, particularly in a case in which both parties have prevailed on some issues in the case and failed to prevail on other issues. The briefing shall include an itemized statement of the work for which each party requests attorneys' fees, and information from the Court can determine the reasonableness of the attorneys' fees. The briefing shall also include any argument regarding the Plaintiffs' request for a declaration that they are the prevailing parties in this action.

Done this the 24th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE