IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| K.I., by and through her mother and next friend, Jennie I., *et al.,* | ) ) ) | |
| Plaintiffs | ) | |
| v. | ) | CASE NO. 2:06-cv-905-MEF |
| MONTGOMERY PUBLIC SCHOOLS, | ) ) ) | |
| Defendant. | ) | |

## **O R D E R**

The Court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before September 29, 2011.

DONE this the 20th day of September, 2011.

                                                              /s/ Mark E. Fuller
                                               CHIEF UNITED STATES DISTRICT JUDGE